IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GERALD ZEOLI**                                                                                     **PLAINTIFF**

v.                      Case No. 4:22-cv-00848-JTK

**KILOLO KIJAKAZI,**                                                         **DEFENDANT**
**Acting Commissioner**
**Social Security**

## ORDER

Pending before the Court is Plaintiff's Motion for Jury Trial. (Doc. No. 12) In his motion, Plaintiff argues that he is entitled to a constitutional right to jury trial under Rule 39(b) of the Federal Rules of Civil Procedure. Defendant argues in its response that the exclusive basis for this Court's jurisdiction in this case is 42 U.S.C. § 405(g), which states that social security cases are decided "on the pleadings and transcript of the record." Additionally, Defendant cites as support an Eighth Circuit appeal that affirmed the district court's denial of a social security plaintiff's motion for jury trial. *See Ginter v. Sec'y of the Dept. of Health, Education & Welfare*, 621 F.2d 313, 314 (8th Cir. 1980).

The motion is denied. As stated in *Ginter*, this Court has a "limited role" under section 205(g) of the Social Security Act, which is "limited to reviewing the administrative record to determine whether there is substantial evidence to support the findings of the Secretary." 621 F.2d at 313. Further, district courts "cannot grant a trial de novo before either the court or a jury." *Id.* (citing *Richardson v. Perales*, 402 U.S. 389 (1971)).

SO ORDERED THIS 20th day of June, 2023.

                                                _____
                                                JEROME T. KEARNEY
                                                UNITED STATES MAGISTRATE JUDGE