# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**GERALD ZEOLI**                                                                                    **PLAINTIFF**

**V.**                                    **No. 4:22-cv-00848-JTK**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Defendant.

DATED this 18th day of July 2023.

_____
UNITED STATES MAGISTRATE JUDGE